No. 80–634.   FIELDS ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 80–5022.   WHITE *v.* BLOOM ET AL.   C. A. 8th Cir. Certiorari denied.

No. 80–5025.   GALADA *v.* TICE.   C. A. 4th Cir.   Certiorari denied.

No. 80–5067.   SCOTT ET AL. *v.* CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.

No. 80–5099.   SILVA *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 80–5108.   EVELAND *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 80–5142.   DAVIS *v.* ANDERSON, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 80–5162.   EIGNER *v.* HARRIS, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 4th Cir.   Certiorari denied.

No. 80–5176.   WILLIAMS *v.* ALABAMA.   Sup. Ct. Ala. Certiorari denied.

No. 80–5190.   BERARDI *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 80–5199.   CARMEL *v.* UNITED STATES PAROLE COMMISSION.   C. A. 2d Cir.   Certiorari denied.

No. 80–5200.   GRIFFIN *v.* STEPHENSON, CORRECTIONAL SUPERINTENDENT, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 80–5253.   KEZIAH *v.* NORTH CAROLINA.   C. A. 4th Cir.   Certiorari denied.